UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENICE TAYLOR, | § | |
| | § | Case No. 3:22-cv-01650-B |
| Plaintiff, | § | |
| | § | **JURY DEMAND** |
| v. | § | |
| | § | |
| SUNBEAM PRODUCTS, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Counsel for Renice Taylor ("Plaintiff") and Defendant Sunbeam Products, Inc. ("Defendant") hereby notify this Court they have reached a settlement in this matter. This settlement will resolve all pending claims associated with this action.

The parties request this Court to vacate any future dates, and allow the parties 90 days. To finalize the agreement. This will allow the parties to finalize the settlement agreement and file their Joint Motion for Dismissal, as well obtain funds coming from overseas.

**JOINT MOTION FOR EXTENSION OF TIME– Page 1**

Respectfully submitted,

**JOHNSON BECKER, PLLC**

*/s/ Adam J. Kress*
Adam J. Kress, Esq.  (#0397289)
*Admitted Pro Hac Vice*
444 Cedar Street, Suite 1800
(612) 436-1800 / (612) 436-1801 (fax)
akress@johnsonbecker.com

**CLARK │VON PLONSKI │ANDERSON**

COLLEN A. CLARK
State Bar No. 04309100
R. CONNOR BARBE
State Bar No. 241085
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
214-780-0500/214-780-0501 Fax
eservice@cvpalaw.com

*Attorneys for Plaintiff*

Darby V. Doan
Texas Bar No. 00793622
Cole A. Riddell
Texas Bar No. 24105423
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  ddoan@haltomdoan.com
Email:  criddell@haltomdoan.com

Donald R. Ross
Texas Bar No. 17286000
Haltom & Doan
4417 Oak Knoll Dr.
Plano, TX 75093
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  dross@haltomdoan.com

>*/s/ David O'Connell (with permission)*
>David J. O'Connell – 6199086
>(Pro Hac Vice to be filed)
>Goldberg Segalla LLP
>222 West Adams Street, Suite 2250
>Chicago, IL  60606
>Telephone:  (312) 572.8405
>Facsimile:  (312) 572.8401
>Email: doconnell@goldbergsegalla.com
>
>**ATTORNEYS FOR DEFENDANT**
>**SUNBEAM PRODUCTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on this the 21st day of September 2023.

>*/s/ Adam Kress*
>Adam J. Kress